

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2022

No. 04-22-00480-CV

**NSC ELECTRONICS INC** (Sigmatron International Inc),
Appellant

v.

**VAL VERDE COUNTY APPRAISAL DISTRICT**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2021-0248-CIV
Roland Andrade, Judge Presiding

# O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on November 30, 2022. Before the once-extended due date, Appellant filed a second motion for a thirty-day extension of time to file the brief.

Appellant's motion is **granted**. Appellant's brief is due on December 30, 2022. *See* TEX. R. APP. P. 38.6(d). Further motions for extension of time will be disfavored.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2022.

MICHAEL A. CRUZ, Clerk of Court